AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the Southern District of Texas Houston Division.

United States Courts
Southern District of Texas
FILED
JAN 04 2022
Nathan Ochsner, Clerk of Court

NICHOLAS DAVID MOSQUERA
_Petitioner_

v.   Case No. _____
(Supplied by Clerk of Court)

RAND HENDERSON
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: NICHOLAS DAVID MOSQUERA
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: MONTGOMERY COUNTY JAIL / DETENTION FACILITY
   (b) Address: ONE CRIMINAL JUSTICE DR. CONROE, TEXAS 77301.

   (c) Your identification number: 349115
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☑ Other - explain:
   Sheriff of Montgomery County and/or Montgomery County 359th District Judicial Court.
4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____

      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☑ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Montgomery County Judicial District Court, 359th. Sheriff of Montgomery County, Texas,
   (b) Docket number, case number, or opinion number: 20-11-14062; 20-11-14063.
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: The Legality of the Arrest and Detention.
   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes     ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Montgomery County Judicial District Court 359th Judicial District of Montgomery County, TEXAS.
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: 20-11-14062; 20-11-14063
   (4) Result: The application was not responded to, in the appropriate manner requested
   (5) Date of result: _____
   (6) Issues raised: The legality of the arrest and Detention.

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes     ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: *This is the second form of any type of appeal. Did not know how to appeal other decesion of Judicial Officer refusing to grant Application for Writ of Habeas Corpus.*

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes         ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes         ☒ No

    If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes         ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes            ☐ No
If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes            ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes            ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes        ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes        ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Violation of 4th amendment right of United States Constitution. I was seized illegally/unlawfully.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Unreasonable search and seizure, violation.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes     ☐ No

**GROUND TWO:** Violation of 5th Amendment right of the United States Constitution.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Due process violation, Deprived of Life, Liberty, and property without Due process of Law.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes     ☐ No

**GROUND THREE:** Violation of 14th Amendment right of the United States Constitution.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Due process violation, equal protections violation, abridged of the privileges and immunities of the citizens of the United States, deprived of life, liberty and property without due process of the law. deprived of equal protections of the laws within this jurisdiction of Montgomery County, Texas.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes     ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Violation of the 10th Amendment of the United States Constitution.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Violation of State Statutory Law/ Legislative Enactments, State Constitution, thus, a violation of the 10th Amendment right of the United States Constitution guaranteeing the right or reserving the powers not delegated to the United States nor prohibited by it to the State, to the States respectively or to the people.

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Order the Sheriff of Montgomery County, The 359th Judicial District Court of Montgomery County, to Release me Immediately from, Restraint, Confinement, and being held. As well as the acquittal of all Charges that are against me. Or the Dismissal with Prejudice of them Immediately.

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 12-24-2021

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12-24-2021

_Signature of Petitioner_

Pro-Se.

_Signature of Attorney or other authorized person, if any_